# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONNE L. MIESSEK,<br><br>    Plaintiff,<br><br>    v.<br><br>MARINE KINGDOM, et al.,<br><br>    Defendants. | Case No. 1:25-cv-01424-SAB<br><br>ORDER TRANSFERRING CASE TO THE NORTHERN DISTRICT OF CALIFORNIA |

Plaintiff, who is proceeding *pro se*, has filed a civil right complaint, invoking federal question jurisdiction. (ECF No. 1.)[1] The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

In this case, the only Defendant discussed in the complaint resides in Marin County California. (ECF No. 1, p. 5.) Moreover, the seemingly central factual allegation is that "[Plaintiff] was wrongfully bartered, traded or sold in 1996 at Marin County." (Id.) Marin

---

[1] An application to proceed *in forma pauperis* remains pending on the docket. (ECF No. 2.)

1  County is within the Northern District of California. Therefore, Plaintiff's claim should have
2  been filed in United States District Court for the Northern District of California. In the interest of
3  justice, a federal court may transfer a complaint filed in the wrong district to the correct district.
4  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

     Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.

IT IS SO ORDERED.

Dated: **October 28, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2